JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS, <br><br> Plaintiff, <br><br> v. <br><br> JAMES J. BAECHLE, <br> Defendant. | Case No. SACV19-01299-DFM <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by Plaintiff's counsel that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice to the right, upon good cause being shown within 45 days, to reopen the action if settlement is not consummated. All hearing dates are vacated and taken off calendar.

Dated: September 4, 2019

DOUGLAS F. McCORMICK
United States Magistrate Judge